**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 18-25295-Civ-COOKE/GOODMAN

MILFREDE DELVA,

    Plaintiff,

vs.

NOMI BAR & GRILL, INC., a Florida for-
profit corporation, and RICHARD DICKSON,
an individual,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL**

Plaintiff MILFREDE DELVA and Defendants NOMI BAR & GRILL, INC. and RICHARD DICKSON (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective undersigned counsel, hereby stipulate that all claims be dismissed, with each party to bear its own attorneys' fees, costs and disbursements except as otherwise agreed upon by the Parties.

Respectfully submitted this 10th day of April, 2019.

| | |
|---|---|
| By: :  s/ Robert W. Brock, II | By:  s/ Maura Mccarthy Bulman |
| Robert W. Brock II, Esq. | Maura Mccarthy Bulman, Esq. |
| Florida Bar No.: 75320 | Fl Bar No.: 0017221 |
| E-mail: robert@kuvinlaw.com | *Maura McCarthy Bulman, P.L.L.C.* |
| Secondary E-mail: legal@kuvinlaw.com | 4700 Sheridan Street, Suite J |
| Law Office of Lowell J. Kuvin | Hollywood, Florida 33021 |
| 17 East Flagler Street, Suite 223 | Phone: (954) 510-2822 |
| Miami, Florida 33131 | Facsimile: (954) 374-6571 |
| Telephone: (305) 358-6800 | Email: mbulman@mmbpa.com |
| Facsimile: (305) 358-6808 | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

18-25295-Civ-COOKE/GOODMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

By: **s/Robert W. Brock II**
Robert W. Brock II, Esq.

## SERVICE LIST

Robert W. Brock II, Esq.
Florida Bar No.: 75320
E-mail: robert@kuvinlaw.com
Secondary E-mail: legal@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler Street, Suite 223
Miami, Florida 33131
Telephone: (305) 358-6800
Facsimile: (305) 358-6808
*Attorneys for Plaintiff*

Maura Mccarthy Bulman, Esq.
Fl Bar No.: 0017221
*Maura McCarthy Bulman, P.L.L.C.*
4700 Sheridan Street, Suite J
Hollywood, Florida 33021
Phone: (954) 510-2822
Facsimile: (954) 374-6571
Email: mbulman@mmbpa.com
*Attorney for Defendants*